DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIRGINIA T. SCOTT,**
Appellant,

v.

**ANTHONY V. PEGG, JR.,**
Appellee.

No. 4D20-1508

[April 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 50-2012-CA-023895-XXXX-MB.

Virginia T. Scott, Jupiter, pro se.

Ryan C. Ratliff of Ratliff Law Group, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***